IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA :
:
vs. : CRIM. NO. 5:19-CR-79 (TES)
:
KELLY LYNN MCCORMICK, :
Defendant :
:
:

## CHANGE OF PLEA

I, Kelly Lynn McCormick, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this 27th day of January, 2021.

_____
KELLY LYNN MCCORMICK
DEFENDANT

_____
CHRISTINA HUNT
ATTORNEY FOR DEFENDANT

_____
STEVEN C. OUZTS
ASSISTANT UNITED STATES ATTORNEY